**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CYNTHIA ARMSTRONG, INDIVIDUALLY AND ON BEHALF OF A CLASS OF PERSONS SIMILARLY SITUATED** | * | **CIVIL ACTION** |
| | * | **NO. 11-1410** |
| **VERSUS** | * | |
| **MULTI-CHEM GROUP, L.L.C., AND XYZ INS. CO.** | * | **SECTION "B"(2)** |

**ORDER**

Considering the Motion to Transfer Venue (Rec. Doc. No. 26) and the Notice of No Opposition to that motion (Rec. Doc. No. 28),

**IT IS ORDERED** that the Motion to Transfer Venue (Rec. Doc. No. 26) be and is hereby **GRANTED** as unopposed; the above captioned matter is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 17TH day of August, 2011.

UNITED STATES DISTRICT JUDGE